FILED
2018 JAN -3 P 2:33
US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use ***et al.***)

Richard DeForest

v.

Case No. 3:18cv20(VAB)
(To be supplied by the Court)

CitiMortgage, Inc.
100 Technology Drive
O'Fallon, Mo. 63367

Full names of Defendant(s)
(Do not use ***et al.***)

**A. PARTIES**

1. Richard DeForest (Plaintiff) is a citizen of Connecticut (State) who presently resides at 17 Fitch Avenue, Darien, Ct. 06820 (mailing address).

2. Defendant CitiMortgage Inc. (name of first defendant) is a citizen of Mo. 63367 (State) whose address is 100 Technology Drive, O'Fallon, Mo. 63367-2240

3. Defendant ______________________________ is a citizen of ____________________
(name of second defendant) (State)

whose address is __________________________________________________________.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

______________________________________________________________________________

______________________________________________________________________________

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: Tort, Mortgage Fraud

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SEE Filed Summons

**Claim II**: ______

Supporting Facts:

**E. REQUEST FOR RELIEF**

WHEREFORE, plaintiff demands: (state the relief you seek)

**F. JURY DEMAND**

Do you wish to have a jury trial? Yes No

Original signature of attorney (if any)

Printed Name

( )
Attorney's full address and telephone

Email address if available

Plaintiff's Original Signature

Richard DeForest
Printed Name

17 Fitch Avenue
Darien, Ct. 06820
(203-655-9357
Plaintiff's full address and telephone

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Bridgeport, Ct (location) on 01/05/2018 (date).

Plaintiff's Original Signature

(Rev.3/29/16)